UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LAQUINTON KEO SUMMERVILLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. TONY TEMPLE, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 7:20-cv-00956-AMM-SGC |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on June 9, 2021, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Doc. 20. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 14th day of July, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE